■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant-Respondent, v CENTRAL FEDERAL SAVINGS AND LOAN ASSOCIATION OF NASSAU COUNTY, Respondent-Appellant, and FRANK ORNSTEIN et al., Respondents.—Order, Supreme Court, New York County, entered on August 4, 1977, unanimously affirmed, without costs and without disbursements. Cross appeals taken by defendant-respondent-appellant unanimously dismissed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Silverman, Lane and Markewich, JJ.